924 A.2d 1203

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**James WATTLEY, Appellant.**

Supreme Court of Pennsylvania.

June 25, 2007.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.